# HACKER MURPHY, LLP

ATTORNEYS AT LAW

7 AIRPORT PARK BOULEVARD

LATHAM, NEW YORK 12110-1429

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

August 12, 2010

Clerk
United State District Court
Northern District of New York
James F. Hanley Federal Building
7th Floor
100 South Clinton Street

Re:   David Murphy ads. Flagstar Bank
      No.: 1:10-CV-645 (LEK/DRH)
      Our File No.: 4246

Dear Sir/Madam:

This firm represents Flagstar Bank in the above-referenced matter. We are in receipt of Mr. Murphy's request for a default judgment. This request should be denied as the bank has filed a timely answer, a copy of which I enclose herewith. The filing can be confirmed on PACER.

Thank you for noting the within.

Very truly yours,

HACKER MURPHY, LLP

By: /s/ John F. Harwick
    John F. Harwick
    jharwick@hackermurphy.com

JFH/llv

cc:   Karyn Caldwell
      Karyn.Caldwell@flagstar.com

      Vanessa.Lozzi
      Vanessa.Lozzi@flagstar.com

      David Murphy, *Plaintiff Pro Se*
      51 Lincoln Avenue
      Cohoes, New York 12047 *(Via first class mail)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAVID MURPHY, JR.,

          Plaintiff,

-against-

FLAGSTAR BANK, FSB,

          Defendant.

**ANSWER**

No. 1:10-CV-645 (LEK/DRH)

---

Defendant Flagstar Bank, FSB by and through their attorneys Hacker Murphy, LLP as and for their answer to the plaintiff's counterclaim and petition for restraining order hereby sets forth as follows:

1. Defendant Flagstar Bank, FSB admits the allegations contained in paragraphs "1" and "2" of plaintiff's complaint.

2. Defendant denies each and every allegation contained in paragraphs "3" through "170" of plaintiff's counterclaim on information and belief.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

3. Plaintiff's complaint fails to state a claim.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

4. Plaintiff's claims are barred by the applicable statute of limitations.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

5. Upon information and belief, the court lacks jurisdiction over the answering defendant herein.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

6.  The plaintiff lacks standing to assert one or more of the causes of action asserted herein.

DATED:  August 3, 2010
        Latham, New York

HACKER MURPHY, LLP

By: _____
John F. Harwick, Esq.
Bar Roll No.: JH 5253
*Attorneys for Defendant*
7 Airport Park Boulevard
Latham, New York 12110
(518) 783-3843

To:  David Murphy, Jr.
     *Plaintiff Pro Se*
     51 Lincoln Avenue
     Cohoes, New York 12047