David W Murphy Jr
51 Lincoln Ave
Cohoes, NY  12047

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
NOV 1 0 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISCTRIC OF NEW YORK

| | |
|---|---|
| **David W Murphy Jr.** | Case# 1:10-cv-00645-LEK-DRH |
| Plaintiff, | |
| vs. | Admissions |
| **Flagstar Bank, FSB** | Date: September 22, 2010 |
| Defendant | |

<u>Plaintiffs Response to Defendants Admissions</u>

1) Denied

2) True

3) True

4) Clarification Requested – cannot admit or deny without further clarification

5) Clarification is needed – Cannot admit or deny without further clarification

6) Unknown – Plaintiff is unaware who initiated any case against him

7) Denied – Plaintiff has no recollection of being served

8) Unknown

9) Admit

10) Denied

11) Denied

_____
David W. Murphy Jr.

David W Murphy Jr
51 Lincoln Ave
Cohoes, NY  12047

## UNITED STATES DISTRICT COURT
## NORTHERN DISCTRIC OF NEW YORK

| | |
|---|---|
| **David W Murphy Jr.** | Case# 1:10-cv-00645-LEK-DRH |
| Plaintiff, | **Production Of Documents** |
| vs. | |
| **Flagstar Bank, FSB** | Date: September 22, 2010 |
| Defendant | |

<u>Plaintiffs Response to Defendants Demand For Production Of Documents</u>

1) <u>Objection</u> – Too General and All Inclusive

2) Defendant does not have signed documents or all papers shown to him at closing

*[signature]*
David W. Murphy Jr.

David W Murphy Jr
51 Lincoln Ave
Cohoes, NY 12047

UNITED STATES DISTRICT COURT

NORTHERN DISCTRIC OF NEW YORK

| | |
|---|---|
| **David W Murphy Jr.**<br><br>Plaintiff,<br><br>vs.<br><br>**Flagstar Bank, FSB**<br><br>Defendant | Case# 1:10-cv-00645-LEK-DRH<br><br>Objection<br><br><br><br>Date: September 22, 2010 |

Plaintiff Objects to specific issues relating to depositions of the Plaintiff.

1) Plaintiff objects to the location, date and time of deposition offered by the Defendant. Plaintiff has not consulted with, nor had opportunity to have discussed available times and dates for any deposition. Plaintiff demands at least 3 separate dates that work for the Defendant and Plaintiff will do his best to make himself available for one or more days if necessarry. Plaintiff is a single parent, and taking time away from work is very costly, as well as taking time away from his parental duties, as custody times and dates could interfere with these depositions.
2) Location is objected to. Plaintiff will not meet in the Den of the Defendant. Plaintiff and Defendant will agree to a neutral location.
3) Oral Depositions are not an issue, however what is objected to, is the Defendant, who is pro se, and not represented by any BAR attorney, can be subject to legal trickery, and ambush and demands that all deposition questions be written and submitted to Plaintiff ahead of time so Plaintiff can properly prepare a responsive answer for each question. Any questions asked outside of said "List" will be objected to.

_[signature]_
David W. Murphy Jr.

David Murphy
51 Lincoln Avenue
Cohoes, NY 12047

CERTIFIED MAIL

7010 0780 0000 7721 1199

Attn: Court Clerk
Albany US Courthouse + Fed Building
445 Broadway - Rm 345
Albany NY 12207-2936

U.S. POSTAGE PAID
SCHENECTADY, NY 12305
NOV 09, 10
AMOUNT
$5.10
00038074-08